IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SEBASTIAN CHAVEZ, | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | C.A. NO. H-04-2573 |
| | § | |
| THE CITY OF KAY, TEXAS, | § | |
| DEFENDANT. | § | |

*UNITED STATES COURTS*
*SOUTHERN DISTRICT OF TEXAS*
*FILED*
*FEB 1 2005*
*MICHAEL N. MILBY, CLERK OF COURT*

## PLAINTIFF'S EXPERT DISCLOSURES

Plaintiff herein, **Sebastian Chavez**, makes these expert disclosures as required by Federal Rule of Civil Procedure 26(a)(2), and the scheduling order of this court.

### A. Identity of Experts

The following persons may be used at trial to present evidence under Federal Rule of Evidence 702, 703 or 705:

Missy Bunch
City of Katy Fire Department
1417 Avenue D
Katy, Texas 77492

Missy Bunch is a Payroll Secretary of the City of Katy Fire Department. She has knowledge relating to and may testify as to the Katy Fire Department's policies and procedures, hours worked per shift, its method of keeping records, calculation of time, and how pay is determined

James Bowman
5244 Cash Drive
Katy, Texas 77493

James Bowman is a former EMS Supervisor for the City of Katy Fire Department. He has knowledge relating to and may testify as to the Katy Fire Department's policies and procedures, training, assigned duties, response activity, and the Plaintiff's work schedule.

Barry Weiman
28326 Morton Rd.
Katy, Texas 77493

Barry Weiman is a former Fire Chief for the City of Katy Fire Department. He has knowledge relating to and may testify as to the Katy Fire Department's policies and procedures, training, assigned duties, response activity, and the Plaintiff's work schedule.

Mark Jordan
City of Katy Fire Department
1417 Avenue D
Katy, Texas 77492

Mark Jordan is the current EMS Supervisor for the City of Katy Fire Department. He has knowledge relating to and may testify as to the Katy Fire Department's policies and procedures, training, assigned duties, response activity, and the Plaintiff's work schedule.

### B. Information from Retained or Specially Employed Experts

None.

### Attorney's Fees Expert

Richard C. Mumey
1330 Post Oak Blvd., Suite 2995
Houston, Texas 77056
(713) 222-9115

Mr. Mumey is the Plaintiff's attorney herein and he may also testify as to the reasonableness and necessity of attorney's fees and support staff expended in this matter or that may be spent on appeal.

E. Troy Blakeney
1330 Post Oak Blvd., Suite 2995
Houston, Texas 77056
(713) 222-9115

Mr. Blakeney is the Plaintiff's attorney herein and he may also testify as to the reasonableness and necessity of attorney's fees and support staff expended in this matter or that may be spent on appeal.

Date: <u>January 31, 2005</u>                                        Respectfully submitted,

                                                   E. TROY BLAKENEY, JR., P.C.

                                                 /s/ Rick Mumey

                                                 RICHARD C. MUMEY
                                                 Federal Court ID No. 37465
                                                 State Bar No. 24034592
                                                 E. TROY BLAKENEY
                                                 Federal Court ID No. 19772
                                                 State Bar No. 02431900
                                                 1330 Post Oak Blvd., Suite 2995
                                                 Houston, Texas  77056
                                                 Telephone:  (713) 222-9115
                                                 Facsimile:  (713) 222-9114

                                                 ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January, 2005, a true and correct copy of the PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES was sent by certified mail, return receipt request to:

    Brian Begle- <u>Via CMRRR#7003 2260 0003 1217 2044</u>
    Olson & Olson, L.L.P.
    Wortham Tower, Suite 600
    727 Allen Parkway
    Houston, Texas 77019

                                                /s/ Rick Mumey
                                                Richard C. Mumey